# IN THE U.S DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**SECURITY TITLE GUARANTEE CORP. OF BALTIMORE, INC.**

       *Plaintiff*

v.

**915 DECATUR ST NW, LLC**

       *Defendant*

Case 1:18-cv-01128-CKK

### Motion to Withdraw Appearance

**Comes now** Counsel, Amy E. Norris, Esquire and moves to withdraw as counsel herein. In support thereof, Counsel further states:

1. 915 Decatur St. has not responded to counsel's recent attempt to contact 915 Decatur St. This makes effective representation impossible.
2. Additionally, a conflict of interest occurred between Richard S. Sternberg (the attorney who originated the case at MWLC) and clients Decatur, Frank Olaitan, and TNS Title.
3. The details of the conflict contain a client confidence and secret.
4. Under the D.C. Rules of Professional Conduct 1.6, counsel cannot divulge the nature of the conflict, as to do so would violate Rule 1.6, as the details contain a client confidence and secret.
5. Frank Olaitain, owner of Decatur and TNS Title, has sufficient time to find another lawyer and for new counsel to come up to speed on the case, if necessary.
6. The client's conduct has made representation unreasonably difficult.
7. The withdrawal will not have a material adverse effect on the client.
8. The conflict of interest rises to the level where we can no longer can provide competent and diligent representation.
9. The Superior Court has already granted defense counsel's Motion to Withdraw for the Superior Court matter.
10. Mr. Olaitain, the owner of both Dectur and TNS Title, received notice of withdrawal, in compliance with LCvR 83.6. On or around December 31, 2019, counsel served 915 Decatur St. NW a copy of this motion and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case pro se or to object to the

withdrawal, to so notify the Clerk in writing within seven days of service of the motion. The address of record of the clients is contained in the Certificate of Service herewith. Undersigned counsel certifies that the notice was provided.

Wherefore, Counsel moves to withdraw appearance.

Respectfully submitted,<br>
/s/ Amy E. Norris<br>
Amy Norris<br>
DC Bar No. 1017140<br>
616 E Street N.W.<br>
Washington, D.C. 20004<br>
Amy@MWLC.org

### POINTS & AUTHORITIES

LCvR 83.6

/s/ Amy E. Norris<br>
Amy Norris

### CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, copies of the foregoing paper were filed via CM/ECF and served electronically upon all counsel of record and sent via first-class mail to Franklin Olaitan and 915 Decatur St NW at 915 Decatur St. NW, LLC, 35 Michigan Avenue NE, Washington, D.C. 20001.

/s/ Amy E. Norris<br>
Amy Norris